## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANET L., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. PJM-19-2544 |
| | * | |
| COMMISSIONER, SOCIAL SECURITY, | * | |
| | * | |
| Defendant. | * | |
| | ******* | |

## ORDER

On September 4, 2019, Plaintiff, through counsel, filed the above-captioned Social Security appeal pursuant to 42 U.S.C. § 405. ECF 1. Additionally, Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. ECF 2. Plaintiff's civil summons forms were deficient and this Court instructed her to file corrected summonses within twenty-one (21) days. ECF 5. Plaintiff filed corrected summonses on September 19. ECF 6-8. Accordingly, it is hereby ordered by the United States District Court for the District of Maryland this 23rd day of September, 2019, that Plaintiff's Motion for Leave to Proceed In Forma Pauperis, ECF 2, is GRANTED pursuant to 28 U.S.C. § 1915(a). Plaintiff's counsel is directed to take all necessary steps to effectuate service of the summons and complaint on Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure.

/s/
Peter J. Messitte
United States District Judge